UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHILPI KAVRA, Individually and on Behalf of
All Others Similarly Situated,

    Plaintiff,

v.                                           CASE No.: 8:17-CV-2186-EAK-MAP

HEALTH INSURANCE INNOVATIONS,
INC., PATRICK R. McNAMEE, GAVIN D.
SOUTHWELL, and MICHAEL D.
HERSHBERGER,

    Defendants.                       /

**ROBERT RECTOR'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

Proposed Lead Plaintiff Robert Rector ("Rector" or "Movant"), hereby moves this Court for an order: (1) appointing Movant as Lead Plaintiff in this action pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§ 78j(b) and § 78t(a)), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") (15 U.S.C. §§ 78u-4) and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5); (2) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the Class, and (3) approving Movant's selection of Gunster, Yoakley & Stewart, P.A. ("Gunster") as Liaison Counsel for the Class.

Movant makes this Motion on the belief that he is the most "adequate plaintiff" as defined by the PSLRA because:

    1.    Movant has the largest financial interest in the relief sought by the Class; and

    2.    Movant satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

Movant further requests that the Court approve the selection of his counsel, KSF, as Lead Counsel for the Class. KSF is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, and is a firm with the resources to effectively and properly pursue this action. Similarly, Movant requests that the Court approve the selection of Gunster as Liaison Counsel for the Class. Gunster is the oldest commercial law firm in Palm Beach County, with extensive experience in relevant practice areas including business litigation, corporate law, white collar criminal defense, and class action litigation.

WHEREFORE, for all of the reasons set forth herein and in the Memorandum of Law and the Declaration of David J. George in Support of the Motion to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff' Selection of Counsel submitted herewith, Movant respectfully requests that this Court: (1) appoint Movant as Lead Plaintiff; (2) approve Movant's selection of KSF as Lead Counsel for the Class; (3) approve Movant's selection of Gunster as Liaison Counsel For the Class; and (4) grant such other and further relief as the Court may deem just and proper.

## **CERTIFICATE OF COMPLIANCE WITH RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), counsel for Plaintiff has conferred with counsel for Defendants who indicated that they take no position on this motion.

Dated: November 13, 2017            Respectfully submitted,

By: /s/*David J. George*
DAVID J. GEORGE
Florida Bar No.: 898570
dgeorge@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
Facsimile: 561-655-5677
*Counsel for Movant Robert Rector and Proposed Liaison Counsel for the Class*

RAMZI ABADOU
(California Bar #222567)
(*pro hac vice application pending*)
ramzi.abadou@ksfcounsel.com
KAHN SWICK & FOTI, LLC
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: 504-455-1400
Facsimile: 504-455-1498
*Counsel for Movant Robert Rector and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/*David J. George*
DAVID J. GEORGE

## SERVICE LIST

SHILPI KAVRA, Individually and on Behalf of All Others Similarly Situated
v.
HEALTH INSURANCE INNOVATIONS, INC., PATRICK R. McNAMEE, GAVIN D. SOUTHWELL, and MICHAEL D. HERSHBERGER

CASE No.: 8:17-CV-2186-EAK-MAP

CULLIN A. O'BRIEN
cullin@cullinobrienlaw.com
CULLIN O'BRIEN LAW, P.A.
6541 NE 21st Way
Ft. Lauderdale, FL 33308
*Counsel for Plaintiff, Shilpi Kavra*

EDUARD KORSINSKY
*Pro Hac Vice*
ek@zlk.com
LEVI & KORSINSKY, LLP
30 Broad Street, 24th Floor
New York, NY 10004
*Counsel for Plaintiff, Shilpi Kavra*

LAUREN L. VALIENTE
lvaliente@foley.com
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
*Counsel for Defendants*

MICHAEL P. MATTHEWS
mmathews@foley.com
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
*Counsel for Defendants*