**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:17-cv-2186-T-17SPF | DATE: | May 22, 2019 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| IN RE:<br><br>HEALTH INSURANCE INNOVATIONS SECURITIES LITIGATION | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL**<br>Ramzi Abadou<br>David George<br>Layne Gobeille | |
| | | **DEFENSE COUNSEL**<br>Michael Matthews<br>Lauren Valiente<br>Janis Rosenthal<br>Laura Markovich | |
| **COURT REPORTER:** | PARTIALLY RECORDED | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 9:05 a.m. – 11:38 a.m.<br>12:15 p.m. –  1:49 p.m. | **TOTAL: 4/07** | **COURTROOM:** | 12B |

**PROCEEDINGS:   MEDIATION CONFERENCE**

NOTE:   Only the beginning and end of the conference was recorded digitally.

The Court conducts a mediation conference.

The parties have reached an impasse.