UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE HEALTH INSURANCE INNOVATIONS SECURITIES LITIGATION | Case No.: 8:17-cv-02186-TPB-SPF (**Consolidated**) |

**JOINT STIPULATION DESIGNATING MEDIATOR**

In accordance with the Case Management and Scheduling Order dated August 22, 2019 (ECF No.83), Lead Plaintiff Robert Rector and Defendants Health Insurance Innovations, Inc. and Michael Hershberger advise the Court that they have selected David Geronemus of JAMS as a mediator.  Mr. Geronemus's contact information is as follows:

Mediator:      David Geronemus, Esq.

Address:       JAMS
               620 Eighth Avenue, 34th Floor
               New York, NY 10018
               CSmith@jamsadr.com

Telephone:     (212) 607-2783

Dated:  October 21, 2019


Respectfully submitted,                       Respectfully submitted,


By: /s/ *Dennis P. Waggoner*                  By: /s/ *Ramzi Abadou*
Dennis P. Waggoner (FBN: 509426)              Ramzi Abadou (admitted *pro hac vice*)
Carolina Y. Blanco (FBN: 98878)               ramzi.abadou@ksfcounsel.com
dennis.waggoner@hwhlaw.com                    KAHN SWICK & FOTI, LLP
carolina.blanco@hwhlaw.com                    912 Cole Street, # 251
julie.mcdaniel@hwhlaw.com                     San Francisco, CA 94117
HILL WARD HENDERSON                           Telephone:  504-455-1400
101 East Kennedy Boulevard, Suite 3700        Facsimile:  504-455-1498
Tampa, FL  33602
Telephone: (813) 221-3900                     Alexander L. Burns (admitted *pro hac vice*)
Facsimile: (813) 221-2900                     alexander.burns@ksfcounsel.com
                                              Alayne K. Gobeille (admitted *pro hac vice*)
*Counsel for Defendants Health Insurance*     alayne.gobeille@ksfcounsel.com
*Innovations, Inc. and Michael D. Hershberger* KAHN SWICK & FOTI, LLC
                                              1100 Poydras Street, Suite 3200
                                              New Orleans, LA 70163
                                              Telephone:  504-455-1400
                                              Facsimile:  504-455-1498

                                              *Counsel for Robert Rector and*
                                              *Lead Counsel for the Class*

David J. George
GEORGE GESTEN MCDONALD, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6000
Email:      dgeorge@4-Justice.com

*Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE:**

I hereby certify that, on Monday, October 21, 2019, I served a copy of the foregoing document titled *Joint Stipulation Designating Mediator* to all counsel of record using the email addresses they have registered with the CM/ECF system for the United States District Court for the Middle District of Florida (Tampa Division). For those not so enrolled, by placing a copy of the foregoing in the United States Mail, postage prepaid and properly addressed.

*/s/ Ramzi Abadou*
RAMZI ABADOU

3