UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE HEALTH INSURANCE
INNOVATIONS SECURITIES               Case No. 8:17-cv-2186-T-60SPF
LITIGATION
_____/

**ORDER**

This matter is before the Court on Lead Plaintiff's Motion to Compel (Doc. 110). The Court held a hearing on the motion on February 27, 2020.

Rule 26 permits "discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case . . . . Information within this scope of discovery need not be admissible in evidence to be discoverable." Fed. R. Civ. P. 26(b)(1). After consideration of the motion, the response in opposition, and the parties' oral arguments, the Court, for the reasons stated on the record at the hearing, denies Lead Plaintiff's Motion to Compel (Doc. 110) without prejudice to the Plaintiff being able to renew the motion after production of the responsive documents.[1]

**ORDERED** in Tampa, Florida, this 27th day of February 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent the Court did not specifically state on the record the reason for denying the motion as to the issue of contemplated sales, the Court finds that contemplated sales are not relevant and proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1).