**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA FLORIDA**

IN RE HEALTH INSURANCE          )
INNOVATIONS SECURITIES LITIGATION )
                                )         Case No. 8:17-cv-02186-TPB-SPF
_____ )

<u>**JOINT NOTICE OF SETTLEMENT**</u>

Lead Plaintiff Robert Rector ("Plaintiff") and Defendants Health Insurance Innovations, Inc. (now known as Benefytt Technologies, Inc.) and Michael D. Hershberger (together, "Defendants"), through their undersigned counsel, hereby notify the Court that they have reached an agreement-in-principle to resolve this matter.  The parties have executed a Settlement Term Sheet that sets forth the material terms of a binding and enforceable agreement to fully, finally, and forever resolve, discharge, and release all rights and claims in, or that could have been asserted in, this action, subject to preliminary and final approval by the Court, including certification of a proposed class solely for purposes of settlement.

The parties expect to have executed a formal stipulation of settlement within 45 days. Once finalized, the stipulation of settlement and related settlement materials will be submitted to the Court for approval, pursuant to Federal Rule of Civil Procedure 23(e) and the Private Securities Litigation Reform Act of 1995.  The parties therefore respectfully request that the Court stay all pretrial, including class certification, proceedings and provide the parties with 60 days to file a comprehensive written stipulation of settlement, together with a motion for preliminary approval thereof.

Dated:  May 11, 2020

Respectfully submitted,

By:  */s/ Ramzi Abadou*
Ramzi Abadou (PHV*)*
ramzi.abadou@ksfcounsel.com
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: 504-455-1400
Facsimile: 504-455-1498

Alexander L. Burns (PHV)
Alayne K. Gobeille (PHV)
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: 504-455-1400
Facsimile: 504-455-1498

*Counsel for Plaintiff and Proposed Class
Counsel for the Class*

David J. George
dgeorge@4-Justice.com
GEORGE GESTEN MCDONALD, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6000

*Proposed Liaison Counsel for the Class*

Respectfully submitted,

By:  */s/ Dennis P. Waggoner*
Dennis P. Waggoner (FBN: 509426)
Carolina Y. Blanco (FBN: 98878)
HILL WARD HENDERSON
101 East Kennedy Blvd., Suite 3700
Tampa, Florida  33602
Telephone:  (813) 221-3900
Facsimile:  (813) 221-2900
dennis.waggoner@hwhlaw.com
carolina.blanco@hwhlaw.com
julie.mcdaniel@hwhlaw.com

Robert F. Serio (PHV)
Aric H. Wu (PHV)
William J. Moccia (PHV)
Luke A. Dougherty (PHV)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
RSerio@gibsondunn.com
AWu@gibsondunn.com
WMoccia@gibsondunn.com
LDougherty@gibsondunn.com

*Counsel for Defendants*